**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   08-cv-01980-LTB-MJW

BENEFICIAL LIVING SYSTEMS, INC., a Colorado
non-profit corporation,

        Plaintiff,

v.

AMERICAN CASUALTY COMPANY of Reading,
Pennsylvania, a Pennsylvania corporation,

        Defendant.
_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on July 9, 2009 (Doc 33) regarding Plaintiff's Motion for Leave to Amend Complaint (Doc 26).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

ORDERED that the recommendation is accepted and Plaintiff's Motion for Leave to Amend Complaint (Doc 26) is DENIED.

                                            BY THE COURT:


                                             s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED: August 17, 2009