IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date:  October 26, 2009 |
| Court Reporter:    Gwen Daniel | |

_____

Case No. 08-cv-01980-LTB-MJW                              Counsel:

BENEFICIAL LIVING SYSTEMS, INC.,                    James Cederberg

      Plaintiff,
v.

AMERICAN CASUALTY COMPANY,                    Andrew Scott

      Defendant.

_____

COURTROOM MINUTES
_____

HEARING - Motions

09:03 a.m.    Court in Session

Appearances

Court's comments

*Defense Motion to Preclude Plaintiff's Claim for Business Interruption Loss (Doc No. 41)*

Argument by Mr. Scott

Argument by Mr. Cederberg

**ORDERED:   Defense Motion to Preclude Plaintiff's Claim for Business Interruption Loss (Doc No. 41) is GRANTED**.

*Defendant's Motion for Summary Judgment (37)*

1

Argument by Mr. Scott

Argument by Mr. Cederberg

Rebuttal Argument by Mr. Scott

Court's further comments

Plaintiff's response to the Defendant's Motion for Spoliation Sanctions is due November 6, 2009. The Court would like the response by Tuesday, November 3, 2009.

Mr. Cederberg's comments

Mr. Cederberg needs one affidavit, and except for that affidavit he can file his response by Friday of this week.

**ORDERED:** **A hearing on Defendant's Motion for Spoliation Sanctions and further argument on the summary judgment question, if necessary, is set Tuesday, November 10, 2009 at 10:00 a.m.**

09:50 a.m.    Court in Recess
Hearing concluded
Time: /47