IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  08-cv-01980-LTB-MJW

BENEFICIAL LIVING SYSTEMS, INC., a Colorado non-profit corporation,

        Plaintiff,

v.

AMERICAN CASUALTY COMPANY of Reading, Pennsylvania, a Pennsylvania corporation,

        Defendant.
_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulation of Plaintiff Beneficial Living Systems, Inc., and Defendant American Casualty Company of Reading, Pennsylvania, for a dismissal of the above-captioned action with prejudice, and the Court, having read the Stipulation and believing itself fully advised,

HEREBY ORDERS that the above-captioned action be dismissed with prejudice, each party to pay their respective costs and attorney fees.

Dated at Denver, Colorado, this 20th day of November 2009.


                                            BY THE COURT:


                                              s/Lewis T. Babcock
                                            LEWIS T. BABCOCK, JUDGE